**Place of Offense:**

City: Sawyer, WI
County/Parrish: Oneida

**Related Case Information:**

Superseding _____
Same Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 18-MJ-146
R 20 / R40 from District of _____

Docket Number: 19 CR 81 WM
New Defendant _____

**Defendant information:**

Matter to be Sealed: ✓ Yes ___ No

Def. Name: Emmanuel Odiah
Alias Name: James Princeton, Ryan Greg Mornson
City/State: New York
Year of Birth: 1987
Last 4 digits of SSN: 3189
Sex: Male
Race: black

**U.S. Attorney Information:**

MEREDITH DUCHEMIN    Bar #: _____
Interpreter: ✓ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1    ___ Petty    ___ Misdemeanor    ✓ Felony
___ Class A
___ Class B
___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 1956(h) | money laundering conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature /s/ MEREDITH DUCHEMIN