IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 81 WMC |
| | 18 U.S.C. § 1956(h) |
| | 18 U.S.C. § 1956(a)(1)(B)(i) |
| EMMANUEL ODIAH | 18 U.S.C. § 982(a)(1) |
| aka James Princeton | 28 U.S.C. § 2461(c) |
| aka Ryan Greg Mornson, | |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

1. From on or about May 3, 2017 to May 11, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

EMMANUEL ODIAH
aka James Princeton
aka Ryan Greg Mornson,

knowingly and intentionally conspired with other persons known and unknown to the grand jury to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

2. Specifically, defendant conspired with others to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting

to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

3. It was part of the conspiracy that defendant opened these bank accounts in fraudulent names:

    a. On May 3, 2017, defendant opened a JP Morgan Chase bank account in Valley Stream, New York, in the name of "James Princeton" using a fraudulent Nigerian passport.

    b. On March 13, 2018, defendant opened a Bank of America bank account in Duluth, Georgia, in the name of "Ryan Greg Mornson" using a fraudulent United Kingdom passport.

    c. On March 16, 2018, defendant opened a JP Morgan Chase bank account in Suwanee, Georgia, in the name of "Ryan Greg Mornson," using a fraudulent United Kingdom passport.

4. It was further part of the conspiracy that coconspirators in Nigeria and Ghana targeted victims by creating fake profiles on legitimate internet dating services. Once in contact with victims, these coconspirators expressed strong romantic emotions for victims, thereby gaining their trust. After gaining the victims' trust, coconspirators defrauded the victims out of money in a variety of ways, including getting victims to pay so called "taxes" on non-existent money shipments.

5. It was further part of the conspiracy that between May 3, 2017 and May 9, 2018, at the direction of coconspirators, victims in, among other states, Wisconsin, Georgia, California, and Florida wire transferred money to "James Princeton" and

"Ryan Greg Mornson," based on representations by the coconspirators that these individuals were assisting the victims' love interests. In reality, the victims' money was being directed to the defendant. Once victims' money was wire transferred to bank accounts controlled by the defendant, the defendant, misrepresenting himself as "James Princeton" and "Ryan Greg Mornson," converted fraud proceeds to cash through a series of ATM withdrawals.

6. It was further part of the conspiracy that between August 8, 2017 and November 29, 2017, defendant's coconspirators directed victim L.T. to wire transfer $66,800 from her bank account at BMO Harris in Woodruff, Wisconsin, to a JP Morgan Chase account in New York controlled by the defendant in the name of "James Princeton."

(All in violation of Title 18 U.S.C. § 1956(h)).

### FORFEITURE ALLEGATION

1. Upon conviction of the offense in Count 1, the defendant,

EMMANUEL ODIAH
aka James Princeton
aka Ryan Greg Mornson,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to, the following:

a. Money Judgment - a sum of money of least $66,800 in United

States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count 1.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 6/26/2019

For
_____
SCOTT C. BLADER
United States Attorney