# WARRANT OF ARREST

| **United States District Court** | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Emmanuel Odiah<br><br>Defendant. | DOCKET NO. SEALED<br>19 CR 81 WMC<br><br>MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Emmanuel Odiah |

Warrant Issued on the Basis of:

☑ Indictment  ☐ Order of Court  ☐ Information  ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

money laundering conspiracy

IN VIOLATION OF TITLE:   18 U.S.C. Section(s) 1956(h)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: Peter Oppeneer   (By) Deputy Clerk [signature] | Date Issued: 6/27/2019 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |