# WARRANT OF ARREST

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Emmanuel Odiah<br><br>Defendant. | DOCKET NO. **19 CR 81 WMC**    MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Emmanuel Odiah |

**Warrant Issued on the Basis of:**

✓ Indictment    Order of Court    Information    Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:      City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

money laundering conspiracy

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 1956(h)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: Peter Oppeneer  (By) Deputy Clerk | Date Issued: 6/27/2019 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 6/27/19 | Date Executed: 7/10/19 |
|---|---|
| Name and Title of Arresting Officer: Nathan Cravatta, Special Agent, HSI | Signature of Arresting Officer: |

HSI        10920412