**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

FILED
JUL 10 2019
CLERK, U.S. DISTRICT C...
By _____
         Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:19-mj-00609-BT *SEALED* |
| | § § | |
| EMMANUEL ODIAH (1) | § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court, having considered the Financial Affidavit of the Defendant, finds that the Defendant is financially unable to obtain counsel.

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED July 10, 2019.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

10