# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:19-mj-00609-BT *SEALED* |
| | § | Other Dist. Docket No. 19-CR-81-WMC |
| v. | § | Charge Pending: |
| | § | Western District of Wisconsin |
| EMMANUEL ODIAH (1) | § | Madison Division |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of Money Laundering Conspiracy. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)**    **Transfer**

 ✓ The government has produced a copy of the warrant, and

☐ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    ☐ The defendant waived identity hearing.

    ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:**    **Preliminary Hearing**

 ✓ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

    ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)**    **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

12

| | |
|---|---|
| ✓ | The defendant elected to have a detention hearing in the district where the prosecution is pending. |
| ☐ | The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that: |

    ☐    The defendant should be detained.

    ☐    The defendant should be released on bond.

---

**ORDER ENTERED ON THE FOREGOING REPORT**

TO:  UNITED STATES MARSHAL

✓ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: July 10, 2019.

_____
United States Magistrate Judge

(Use Other Side for Return)

13